AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

ERIC EDWARD O'DONNELL,

                 Petitioner,

                 v.

MAGGIE MILLER-STOUT,

                 Respondent.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-10-403-CI

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED:  The Petition  is DISMISSED WITHOUT PREJUDICE.

March 4, 2011
_____
*Date*

JAMES R. LARSEN
_____
*Clerk*
  s/ Sheila Parpolia
_____
*(By) Deputy Clerk*

Sheila Parpolia